## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRUCE WETTLAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: |
| | ) | |
| FORD MOTOR COMPANY, and | ) | |
| JAYCO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL</u>

Defendant, Jayco, Inc. ("Jayco"), by counsel, file this Notice of Removal to remove an action pending against them in Marion Superior Court, Civil Division 14, Marion County, Indiana, to the United States District Court, Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this removal, Jayco states as follows:

1.     On June 23, 2020, Plaintiff, Bruce Wettland ("Plaintiff"), filed his Summons and Complaint in Marion Superior Court, Civil Division 14, under Cause No. 49D14-2006-CT-20613 (the "State Court Action") alleging the following counts:

    a.   Count I: Breach of factory warranty;

    b.   Count II: Breach of Magnuson Moss Warranty Act;

2.     Jayco was served with a copy of the Complaint and Summons on July 27, 2020 by hand delivery. Copies of the Complaint and Summons served upon Jayco are attached as Exhibit A.

3.     No other process, pleadings, or orders have been served upon Jayco in the State Court Action.

4.      Jayco is exercising its right to remove the State Court Action within thirty (30) days of the receipt of the initial pleading in compliance with the deadline established by 28 U.S.C. § 1446(b).

5.      In his Complaint, Plaintiff alleges, among other things, violations of the Magnuson-Moss Warranty Act 15 U.S.C. 2301, et seq.

6.      This Court has original jurisdiction over this matter under 28 U.S.C. 1331 because the Complaint sets forth claims that arise under the laws of the United States.

7.      Furthermore, diversity jurisdiction exists under 28 U.S.C. 1332. Plaintiff is a resident of Washington. Jayco is a resident of Indiana. Defendant Ford Motor Company is a resident of Michigan.

8.      The amount in controversy exceeds the sum of $50,000.00, as required by Magnuson-Moss Warranty Act, exclusive of interest and costs, per 15 U.S.C. 2310(d)(3)(B) no claim is cognizable unless in excess of $50,000.

9.      Venue is proper in this Court under 28 U.S.C. 1441(a) because the United States District Court, Southern District of Indiana, Indianapolis Division, is the District Court for the United States for the district and division embracing Marion County, Indiana. See 28 U.S.C. 94(a)(2).

10.     Jayco will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Elkhart Superior Court as required by 28 U.S.C. 1446(d).

11.     All Defendants who have been properly joined and served consent to the removal of this action.

WHEREFORE, Defendant, Jayco, Inc., hereby removes the State Court Action from the Marion Superior Court, Civil Division 14, Marion County, Indiana, to the United States District Court, Southern District of Indiana, Indianapolis Division.

/s/ Trevor Q. Gasper
Trevor Q. Gasper (IN 26368-71)

**THOR INDUSTRIES, INC.**
601 E. Beardsley Ave.
Elkhart, IN 46514
Telephone: (574) 970-7925
Facsimile: (866) 549-4259
tgasper@thorindustries.com

/s/ Daniel R. Appelget
Daniel R. Appelget (31207-64)
Attorneys for Jayco, Inc.
**Jayco, Inc.**
903 S. Main Street
Middlebury, IN 46540
Telephone: (574) 825-5861
Facsimile: (574) 825-0681

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Sara Douglass, Counsel for Plaintiff, and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: N/A.

*/s/ Trevor Q. Gasper*
Trevor Q. Gasper (IN 26368-71)