UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRUCE WETTLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-02226-JPH-TAB |
| ) | |
| JAYCO, INC. a Domestic Profit ) | |
| Corporation, ) | |
| FORD MOTOR COMPANY a Foreign Profit ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |

**ORDER TRANSFERRING CASE**

Defendant Jayco, Inc. has filed an unopposed motion to change venue to the Northern District of Indiana, South Bend Division. Dkt. [9]. For the reasons in the motion, that motion is **GRANTED**. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented."). The clerk **SHALL TRANSFER** this case to the Northern District of Indiana, South Bend Division and close this case on the docket.

**SO ORDERED.**

Date: 9/30/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Sara M. Douglass
LEMON LAW GROUP PARTNERS, PLC
3323 NE 163rd Street
Suite 504
North Miami Beach, FL 33160

Trevor Quinlan Gasper
THOR INDUSTRIES, INC.
tgasper@thorindustries.com