| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE MARION SUPERIOR COURT** |
| **COUNTY OF MARION** | ) | |

Bruce Wettland, individual

     Plaintiff,

vs.

Ford Motor Company,
a Foreign Profit Corporation and
Jayco, Inc.,
a Domestic Profit Corporation,

     Defendants.

_____

## JURY TRIAL DEMANDED
## COMPLAINT AND JURY DEMAND

    NOW COMES Plaintiff, Bruce Wettland, by and through his attorneys, Lemon Law

Group Partners PLC, and submits the following as his Complaint against Defendants Ford Motor

Company and Jayco, Inc.

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Bruce Wettland is an individual residing at 31722 SE Kent Kangley Road,

    Revensdale, Washington 98051.

2. Defendant Jayco, Inc. is a domestic profit corporation with a principal place of business

    located at 903 S. Main Street, P.O. Box 460, Middlebury, Indiana 46540 (hereinafter

    "Defendant Jayco").   This Defendant may be served with process by serving its

    registered agent, CT Corporation System, 334 N. Senate Avenue, Indianapolis, Indiana

    46204.

3. Defendant Ford Motor Company is a foreign profit corporation with a principal place of

    business located at 1 American Road, Dearborn, Michigan 48126 (hereinafter "Defendant

Ford").   This Defendant may be served with process by serving its registered agent, CT

Corporation System, 334 N. Senate Avenue, Indianapolis, Indiana 46204.

4. The transactions and occurrences involved in this action took place in the State of

Indiana, County of Marion.

## COMMON AVERMENTS

5. On or about June 29, 2018, Plaintiff purchased a 2018 Jayco Precept motorhome, VIN

1F66F5DY7J0A07618 (the "Subject Vehicle") from an Authorized Dealership.  Please

see Exhibit A:  Purchase Agreement.

6. At the time of purchase, the Subject Vehicle was accompanied by a factory warranty

which, in relevant part, provided for a 2 (two) year Jayco limited warranty and a 3 (three)

year/36,000 mile Ford chassis warranty (the "Warranty").  Please see Exhibit B:

Pertinent Portion of Warranty.  Warranty in its entirety is in Defendants' possession.

7. The Subject Vehicle was purchased primarily for personal, family, and/or household

purposes.

8. Defendants' warranties covered any repairs or replacements needed during the warranty

period and/or due to defects in factory materials or workmanship.

9. In fact, when delivered, the Subject Vehicle was defective in materials and workmanship,

such defects being discovered within the warranty periods and repairs were attempted.

10. In fact, when delivered, the Subject Vehicle was defective in materials and workmanship,

such defects being discovered within the warranty periods and repairs were attempted.

Shortly after purchase, Plaintiff noticed numerous defects in the vehicle, including

defects in the living portion of the vehicle as well as defects in the chassis.  The defects in

the living portion of the vehicle include but are not limited to:  molding above kitchen

sink falling off, hallway wall panel outside bathroom bulging out, slide will not go out all the way, slide molding appears as if it will break, wires bulging out underneath slide, screws broken off in dashboard, threshold screw defects, plug-in outlet behind sofa loose, awning must be forced shut, lock tumbler for shore cord door inoperable, shore cord inlet not big enough for cord, exterior refrigerator trim fell apart, driver seat not centered, hot water tank inoperable, heat pump will not work on gas, dashboard rattle in transit, overhead bed rails broken, windshield leaking and water puddling inside bottom, whistle from windshield in coach when traveling, refrigerator inoperable when slide is out, awning requires assistance to extend or retract, windshield wiper defects, coach entry door will not close, and trim from bedroom fell off while traveling.  The defects in the chassis include but are not limited to:  front end of vehicle wobbling while driving, vehicle shaking badly while driving despite numerous repair attempts, vehicle pulls to the right while driving despite numerous repair attempts, steering wheel not centered after alignment, chassis frame separating at weld, vehicle drifts to the right at slow speeds, vehicle pulls right at all speeds and over bumps, exhaust rattle, vehicle pulls left and right very hard, and vehicle shakes at 55 – 70 miles per hour.  Plaintiff returned the vehicle to Authorized Dealerships for repair of defects in both the living portion of the vehicle and the chassis on at least 5 (five) occasions.  Please see Exhibit C:  Repair Orders.

11. Authorized Dealerships have test driven the vehicle and made repairs to the vehicle, however, the defects continue to exist. During said repairs the Subject Vehicle was out of service for at least 240 (two hundred forty) days.

12. Despite the prolonged time during which Authorized Dealerships were given the opportunity to repair Plaintiff's Vehicle, Authorized Dealerships failed to repair the

Subject Vehicle so as to bring it into conformity with the warranties set forth herein.  The defects experienced by Plaintiff with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiff, and have shaken the Plaintiff's faith in the vehicle to operate as dependable transportation.

13. Despite Plaintiff's repeated efforts to allow Defendants the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

14. The Vehicle still has issues including the vehicle shaking and pulling to the left and right while driving, as well as interior defects.

15. Plaintiff directly notified Defendants of the defective conditions of the vehicle on numerous occasions and that he desired a buy-back of the Subject Vehicle, wherein Defendants failed and refused to buy back Plaintiff's defective Vehicle and to reimburse Plaintiff pursuant to his rights under State and Federal Laws.  Please see Exhibit D: Written Notification, and Exhibit E: Return Receipt.

16. This cause of action arises out of the Defendants' breaches of warranty and contract and violations of the enclosed statutes, as set forth in this Complaint.  Plaintiff seeks judgment against Defendants in whatever amount Plaintiff is entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

17. There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

## COUNT I
## BREACH OF FACTORY WARRANTY

18. Plaintiff fully repeats and incorporates Paragraphs 1 through 17, as set forth above.

19. Defendant Jayco extended to Plaintiff a 2 (two) year limited warranty, and Defendant Ford extended to Plaintiff a 3 (three) year/36,000 mile chassis warranty ("Warranties").

20. Plaintiff, seeking to repair the Subject Vehicle, attempted to exercise Plaintiff's rights under the Warranties.

21. Defendants have failed to honor the terms of the Warranties.

22. Defendants have failed or refused to repair the issues which include the vehicle shaking and pulling to the left and right while driving, as well as interior defects.

23. As a result of the actions set forth above, Defendants have breached their warranties.

24. As a result of Defendants' breach of warranty, Plaintiff has, and will continue to, suffer significant monetary and consequential damages.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendants in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

## COUNT II
## BREACH OF MAGNUSON-MOSS WARRANTY ACT

25. Plaintiff fully repeats and incorporates Paragraphs 1 through 24, as set forth above.

26. This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

27. Plaintiff is a "consumer" as defined by 15 USC § 2301(3).

28. Defendants are "supplier"s and "warrantor"s as defined by 15 USC § 2301(4)(5).

29. The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

30. 15 USC § 2310(d)(1)(A), requires Defendants, as warrantors, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC § 2304(d).

31. The actions of Defendants as hereinabove described, in failing to tender the Subject Vehicle to Plaintiff free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiff, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

32. Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon him by Defendants, Defendants have failed and refused to cure any defects and non-conformity with the Subject Vehicle.

33. As a result of Defendants' breach of factory warranty as set forth above, and Defendants' failure to honor its obligations under their warranties, Plaintiff has, and will continue to, suffer damages as enumerated above.

34. Defendants had a reasonable opportunity to remedy the defects in the vehicle but have failed to do so, thereby entitling Plaintiff to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

35. Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment as follows:

(1)      For actual damages according to proof at trial;

(2)      For a refund of the purchase price of Subject Vehicle;

(3)     For Defendants to accept return of Subject Vehicle;

(4)     For attorney's fees and costs of suit incurred herein;

(5)     For such other and further relief as the court deems just and proper under

        the circumstances;

(6)     That all issues be tried before a jury.


Dated: June 17, 2020


                        Respectfully submitted,

                        LEMON LAW GROUP PARTNERS PLC

                        By:     s/ Sara Douglass, Esq.
                        _____
                        Sara Douglass, Esq.
                        Lemon Law Group Partners PLC
                        3323 NE 163rd Street, Suite 504
                        North Miami Beach, Florida 33160
                        Telephone No.: (888) 415-0610
                        Facsimile No.: (888) 809-7010
                        sarad@lemonlawgrouppartners.com
                        eservice@lemonlawgrouppartners.com

49D14-2006-CT-020613

USDC IN/ND case 3:20-cv-00025-JD-MGG document 13 filed 06/23/20 page 8 of 30

Marion Superior Court, Civil Division 14

Filed: 6/23/2020 1:46 PM
Clerk
Marion County, Indiana

# EXHIBIT A

| Todd Wenzel Buick GMC of Westland | | |
| --- | --- | --- |

Todd Wenzel Buick GMC
of Westland
35100 Ford Rd.
Westland, MI 48185
Phone (734) 720-9468

Todd Wenzel Buick GMC of Davison
1146 S. State Rd.
Davison, MI 48423
Phone (810) 655-9587

**Todd Wenzel**
AUTOMOTIVE

Todd Wenzel Buick GMC
2727-28th Street S.E.
Grand Rapids, MI 49512
Phone (616) 949-7700

Todd Wenzel Chevrolet
3156 Highland Drive
P.O. Box 310
Hudsonville, MI 49426
Phone (616) 669-6683

PURCHASER: ERIC LEON SPENCER    DATE 06/19/18

CO-PURCHASER KELLY L SPENCER

ADDRESS 6403 DEW POINT CT SE

CITY CALEDONIA    STATE MI    ZIP 49316

BUS. PHONE    RES. PHONE (616)818-5062    COUNTY OF RESIDENCE KENT

DRIVERS LICENSE NO. 1 S15223457589    STATE MI    BIRTHDATE 07/27/82

DRIVERS LICENSE NO. 2 S152465564111    STATE MI    BIRTHDATE 02/11/82

INSURANCE COMPANY PROGRESSIVE    AGENT / PHONE NO.

POLICY NO. / BINDER NO. 916430337    SALESMAN Dean Londo

| ☐ NEW ☐ USED | YEAR 2018 | MAKE CHEVROLET | BODY STYLE/MODEL 5DR HB PREMIER | COLOR SUMMIT WHITE |
| --- | --- | --- | --- | --- |

VEHICLE IDENTIFICATION NUMBER 1G1FX6S06J4134701    ODOMETER

| TRIM | STOCK NO. ZH81596 | ENGINE | DEAL NO. N/A |
| --- | --- | --- | --- |

THIS VEHICLE WILL BE USED AS: ☐ POLICE VEH. ☐ TAXI ☐ SALVAGE ☐ DRIVER ED. VEH. ☐ GOV'T VEH.

THIS VEHICLE HAS BEEN USED AS: ☐ POLICE VEH. ☐ TAXI ☐ SALVAGE ☐ DRIVER ED. VEH. ☐ GOV'T VEH.

| BASE PRICE OF VEHICLE | $ | 40,59 |
| --- | --- | --- |
| ACCESSORIES AND/OR EQUIPMENT | | N/ |
| COLLISION DEDUCTIBLE | | 250.0 |

LNI    1,500.00

**DISCLOSURE OF NON-GM PRODUCTS CUSTOMER ACKNOWLEDGEMENT FORM** (new/used gm vehicle sales and service/body shop repairs)

☐ **Part I - Non-GM Service Contract or Service Agreement**
Buyer/Lessee acknowledges that the dealer is selling her/him a Non-GM Service Contract (not specifically branded Chevrolet, Buick, GMC or Cadillac Protection). Buyer/Lessee understands that (i) GM is not responsible for any claims under this non-GM service contract product and has no obligation in connection with the sale or use of this non-GM service contract product, and (ii) a non-GM service contract may or may not be accepted by other GM Dealerships.

☐ **Part II - Non-GM Parts/Accessories Installed by the Dealer.**
Non-GM parts and accessories are not covered under the GM New Vehicle Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.

Customer Signature

Customer Printed Name ERIC LEON SPENCER    06/19/18

Date

Note: A copy of this signed form must be kept in the Customer New or Used Vehicle Sales Jacket and/or Vehicle Service History File.

| 1. **PRICE OF VEHICLE** (INCLUDING FREIGHT & ACCESSORIES) | $ | 40,844.05 |
| --- | --- | --- |
| 2. **OTHER TAXABLE CHARGES** (SERVICE FEES, ETC.) | | 24.00 |
| 3. **DOCUMENTARY FEE** | | 210.00 |
| 4. **TOTAL TAXABLE PRICE** | | 41,078.0 |
| 5. (a) SALES TAX | | 2,224.6 |
| (b) LICENSE FEE | | 258.0 |
| (c) TITLE FEE | | 15.00 |
| SUB-TOTAL | | 43,575.73 |
| 6. EXTENDED SERVICE CONTRACT | | N/A |
| 7. OTHER NON-TAX CHARGES | | N/A |
| 8. **TOTAL DELIVERED PRICE** | | 43,575.73 |
| 9. CASH ON DEPOSIT (RECEIPT NO. ____ ) | | 1,000.0 |
| a) REBATE | | 1,500.00 |
| b) | | |
| c) | | |
| 10. CASH DUE ON DELIVERY | | |
| 11. TRADE-IN ALLOWANCE | $ 36,600.00 | |
| 12. Less: LIEN | $ 41,341.78 | 4,741.78 |
| 13. **TOTAL DOWN PAYMENT** | | 2,241.78 |
| 14. BALANCE TO FINANCE | | 2,241.78 |
| 15. **TOTAL AMOUNT OF AGREEMENT** | | 45,817.5 |

SUB-TOTAL    40,844.05

**DESCRIPTION OF TRADE-IN**

| AR | MAKE | BODY STYLE/MODEL | COLOR |
| --- | --- | --- | --- |
| 2016 | INFINITI | 4DR SDN V6 AWD | WHITE |

HICLE IDENTIFICATION NO. JN1BY1PR2GM720644    APPRAISED BY    APPRAISAL $

CURRENT ODOMETER READING 18,491    BALANCE OWED 41,341.78    BALANCE OWED TO NISSAN-INFIN

ACCOUNT NO. 260009898424    GOOD UNTIL 07/10/18

IF THIS AGREEMENT IS FOR A USED VEHICLE, THE INFORMATION YOU SEE ON THE (FEDERAL TRADE COMMISSION) WINDOW FORM IS PART OF THIS AGREEMENT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. THIS AGREEMENT IS NOT BINDING UPON EITHER THE PURCHASER OR THE DEALER UNTIL SIGNED BY BOTH PARTIES. THIS AGREEMENT SHALL NOT BE BINDING UPON THE DEALER, OR THE PURCHASER UNTIL ALL CREDIT TERMS, IF APPLICABLE, ARE APPROVED AND ACCEPTED BY ALL PARTIES - DEALER, PURCHASER AND LENDING INSTITUTION. IF CREDIT TERMS ARE NOT ACCEPTED, FULL DEPOSIT WILL BE REFUNDED TO PURCHASER.

E READ THE TERMS ON THE BACK AND UNDERSTAND THE SAME AND HAVE RECEIVED A COMPLETED COPY IS AGREEMENT.

URCHASER'S SIGNATURE    DATE 06/19/18

DATE 06/19/18

PURCHASER'S SIGNATURE    DATE

DATE 6/19/18

AGEMENT APPROVAL    DATE

EE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS)

# EXHIBIT B

## JAYCO MOTORIZED LIMITED WARRANTY

**THIS LIMITED WARRANTY COVERS**:

- The Motorhome when it is used only for its intended purpose of recreational travel and camping;
- Only the first retail purchaser;
- Only those portions of the Motorhome not excluded under the section "What is Not Covered";
- The Motorhome only when sold by an authorized dealership; and,
- Only defects in workmanship performed and/or materials used to assemble those portions of the Motorhome not excluded under the section "What is Not Covered".

This Limited Warranty is not transferable.

When you request and accept the performance of warranty repairs under the terms of this Limited Warranty, you are accepting all terms of this Limited Warranty, including by way of example, warranty limitations and disclaimers, the forum selection clause and the clause reducing the time period when suit must be filed for breach.

**LIMITATION AND DISCLAIMER OF IMPLIED WARRANTIES**:

THE DURATION OF ANY IMPLIED WARRANTY IS LIMITED TO:

- **THE DURATION OF THIS LIMITED WARRANTY;**
- **THE SCOPE OF COVERAGE THIS LIMITED WARRANTY PROVIDES;**
- **DEFECTS EXISTING AT THE TIME OF SALE THAT MANIFESTED THEMSELVES AND SURFACED DURING THE IMPLIED WARRANTY COVERAGE PERIOD; AND**
- **DEFECTS DISCOVERED AND REPORTED WITHIN THE DURATION OF THE IMPLIED WARRANTY. THERE ARE NO EXPRESS WARRANTIES OR ANY IMPLIED WARRANTIES ON THOSE PORTIONS OF THE MOTORHOME EXCLUDED FROM COVERAGE.**

**NOTWITHSTANDING THE ABOVE PROVISIONS, JAYCO EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL IMPLIED WARRANTIES AND CONDITIONS, STATUTORY OR OTHERWISE, WHEN THE MOTORHOME IS USED FOR COMMERICAL, RENTAL OR BUSINESS USE OR WHEN THE MOTORHOME IS TITLED OR REGISTERED IN A BUSINESS NAME OR WHEN THE JAYCO IS SOLD IN CANADA.**

There is no warranty of any nature made by Jayco beyond that contained in this Limited Warranty.  No person has authority to enlarge, amend or modify this Limited Warranty.  The dealer is NOT Jayco's agent.  Jayco is not responsible for any undertaking, representation or warranty made by any dealer or others beyond those expressly set forth within this Limited Warranty.  Some states and provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

**DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES**:

**THE FIRST RETAIL BUYER AND ANY SUBSEQUENT OWNER, ALONG WITH ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, ARE NOT ENTITLED TO RECOVER ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES CAUSED BY A DEFECT IN THE MOTORHOME.  BY WAY OF EXAMPLE, CONSEQUENTIAL DAMAGES INCLUDE FUEL AND TRANSPORTATION EXPENSES TO DELIVER THE MOTORHOME TO A SERVICING DEALER, HOTEL ROOMS, LOST WAGES AND MOISTURE DAMAGE SUCH AS MOLD AND MILDEW AS WELL AS RUST AND CORROSION. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES ARE NOT DEPENDENT UPON WARRANTY REMEDIES SUCCESSSFULLY CURING ANY DEFECT; THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL SURVIVE ANY FAILURE OF THE LIMITED WARRANTY REMEDIES FULFILLING THEIR PURPOSE**.  Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

**COVERAGE TIME**:  The duration of this warranty is 2 years after the first retail owner takes delivery of the Motorhome from an authorized dealer **OR** 24,000 miles of use, whichever occurs first.  If the dealer places the Motorhome in service before retail sale, the coverage period is 2 years after the dealer first placed the Motorhome in service **OR** 24,000 miles of use, whichever occurs first.  **ANY ACTION FOR BREACH OF THIS LIMITED WARRANTY OR FOR ANY IMPLIED WARRANTY MUST BE COMMENCED NO MORE THAN 26 MONTHS AFTER THE BREACH.**

If the Motorhome is not of the current or prior model year when the first retail owner takes delivery, the limited warranty ends 90 days after the first retail owner takes delivery of the Motorhome **OR** after the odometer reaches 5,000 miles, whichever occurs first.  **ANY ACTION FOR BREACH OF THIS REDUCED LIMITED WARRANTY OR FOR ANY IMPLIED WARRANTY MUST BE COMMENCED NO MORE THAN 15 MONTHS AFTER THE BREACH.**

Unless prohibited by state or provincial law, repairs do not extend the time when you must commence an action for breach of warranty and shall not extend the warranty coverage period.  This reduction in time may not apply to you because some states and provinces do not allow the reduction of the time to commence an action for breach of warranty. Any performance of repairs after the warranty coverage ends and any performance of repairs to those portions of your Motorhome excluded from coverage are "good will" repairs, whether or not Jayco was aware of the any such coverage lapse or warranty exclusion at the time of repairs. Such "good will" repairs do not alter the express terms of this limited warranty or extend the warranty coverage periods or the limitation period in this paragraph.  Jayco is not required to notify you if authorized repairs are considered "good will" by Jayco.  You should expect the need for warranty repairs.  Jayco may use new and/or remanufactured parts and/or components to complete a repair. It is likely that warranty repairs were performed at the factory during assembly OR at the selling

dealership after delivery of the Motorhome to your selling dealer.  If you discover a defect or damage to the Motorhome when you take delivery of your Motorhome, you MUST notify your dealer OR Jayco within 10 days of the date of purchase to have defect or damage repaired at no cost to you.  Minor adjustments will be performed, free of charge, by the dealer within 90 days of your purchase; thereafter, such adjustments are your exclusive responsibility as normal maintenance.

**REPAIR REMEDY**:  Jayco's obligation is to repair any covered defect discovered within the warranty coverage period provided: (1) you notify Jayco or an authorized dealer within 10 days of your discovery of a defect; **AND** (2) you deliver the Motorhome to Jayco OR an authorized dealership at your cost and expense.

**BACK-UP REMEDY**:  If the primary repair remedy fails to successfully cure any defect after a reasonable number of repair attempts, your sole and exclusive remedy shall be to have Jayco pay an independent service shop of your choice to perform repairs to the defect **OR** have Jayco pay diminished value damages if the defect is incurable. You must exhaust both the repair remedy and the back-up remedy **AND** these remedies must fail to fulfill their essential purpose before you can seek any other remedies.

THIS LIMITED WARRANTY IS NOT A WARRANTY THAT PROMISES OR EXTENDS TO FUTURE PERFORMANCE BECAUSE IT DOES NOT MAKE A REPRESENTATION ON HOW YOUR MOTORHOME WILL PERFORM IN THE FUTURE BUT REPRESENTS ONLY WHAT THE REMEDY WILL BE IF A DEFECT EXISTS.

**HOW TO GET SERVICE:**  To obtain warranty service the owner must:

- Notify Jayco or an authorized Jayco dealer, within the applicable warranty coverage period designated above, that you are making a warranty claim;
- Provide the notification mentioned in (1), above, within ten (10) days of the discovery of a defect in material or workmanship; and,
- Promptly schedule an appointment with and take the Motorhome to Jayco or an independent, authorized dealer.

If you need assistance, you may contact Jayco at 903 South Main Street, P. O. Box 460, Middlebury, Indiana 46540, Attn: Customer Service, (800) 517-9137.

**WHAT IS NOT COVERED:**

- Equipment and appliances installed after the Motorhome is assembled by Jayco;
- Motorhomes used for any rental, business and  commercial purpose - If the Motorhome owner or user files a tax form claiming a business or commercial tax benefit related to the Motorhome, or if the RV is purchased, registered or titled in the name of any business association it shall be irrefutable that the Motorhome has been used for rental, commercial or business purposes;
- Any Motorhome sold or used outside of the United States, U.S. Territories or Canada;
- Any Motorhome not used solely for recreational travel and camping;
- Any Motorhome purchased through auction or wholesale;
- Any Motorhome purchased from a dealer that is not an authorized dealer;
- Normal wear, tear or usage, such as tears, punctures, soiling, mildew, rust, fading, or discoloration of exterior plastic or fiberglass, or soft goods, such as upholstery, drapes, carpet, vinyl, screens, cushions, mattresses and fabrics;
- The effects and damage caused by condensation or moisture;
- Mold;
- Any damage caused by mold;
- Items working as designed but that you are unhappy with;
- Damage caused by misuse, mishandling, neglect, abuse, failure to maintain the Motorhome in accordance with the owner's manual, or failure to perform other routine maintenance such as inspections, lubricating, adjustments, tightening of screws and fittings, tightening of lug nuts, sealing, rotating tires;
- Damage caused by accident, whether or not foreseeable;
- Damage caused by weather or corrosion due to the environment;
- Damage caused by theft, vandalism or fire;
- Damage caused by tire wear or tire failure;
- Defacing, scratches, dents, chips on any surface or fabric of the Motorhome; damage caused by infestation by insects or animals;
- Damage caused by off road use;
- Damage caused by overloading the Motorhome or any of its components or parts;
- Wheel alignment or adjustments to axles caused by improper maintenance, loading;
- Damage caused by road hazards;
- The leveling jacks/system;
-  Any component, system or part warranted by another entity.  Examples are : the automotive chassis, (including the power train, steering, handling, braking, wheel balance, muffler, tires, tubes, batteries and gauges); generator; awning ; inverter; converter; microwave; television; DVD/CD player; radio; speakers; television; refrigerator; range; water heater;, water pump; stove; carbon monoxide detector; smoke detector: propane detector; furnace; and, any air conditioner.  The written warranty provided by the manufacturer of the component part is the direct and exclusive responsibility of that manufacturer;

**EVENTS DISCHARGING JAYCO FROM OBLIGATION UNDER WARRANTY:**

- Any rental, business or commercial use or purchase of the Motorhome;
- Any Motorhome titled or registered in a business name;
- Any Motorhome purchased or sold outside of, or used outside of the United States, U.S. Territories or Canada;
- Any Motorhome purchased through an auction or wholesale or by a non-authorized dealer;
- Owner neglect;
- Failure to provide routine maintenance;
- Alteration; off road use;

- Collision or accident, whether or not foreseeable;
- Acts of God, including weather;
- Damage or corrosion caused by the environment, theft, vandalism, fire, explosions, or overloading.

**LEGAL REMEDIES:** EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO AN ALLEGED BREACH OF WARRANTY OR ANY REPRESENTATIONS OF ANY NATURE, MUST BE FILED IN THE COURTS WITHIN THE STATE OF MANUFACTURE, WHICH IS INDIANA. THIS LIMITED WARRANTY SHALL BE INTERPRETED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF INDIANA. UNLESS PROHIBITED BY STATE LAW, ALL CLAIMS, CONTROVERSIES AND CAUSES OF ACTION ARISING OUT OF OR RELATING TO THIS LIMITED WARRANTY SHALL BE GOVERNED BY THE LAWS OF THE STATE OF INDIANA, INCLUDING ITS STATUTE OF LIMITATIONS, WITHOUT GIVING EFFECT TO ANY CONFLICT OF LAW RULE THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE AND PROVINCE TO PROVINCE. ALL ACTIONS OF ANY KIND RELATING TO THE MOTORHOME SHALL BE DECIDED BY A JUDGE RATHER THAN BY A JURY.

**WARRANTY REGISTRATIONS:** Your warranty registrations should be completed and delivered to the manufacturer of component parts. The selling dealership will assist you in completing and filling out the Jayco product warranty registration. Upon receipt of the product registration by Jayco, your Warranty will be registered. The failure to submit this warranty registration to Jayco will not affect your rights under this limited warranty as long as you can present proof of purchase, however, it can cause delays in obtaining the remedies offered by this limited warranty, and it may adversely affect any servicing facility's ability to provide proper repairs and/or part replacement. Note, tender and acceptance of a warranty registration does not alter the express terms of this limited warranty or any of its exclusions.

**CARE AND MAINTENANCE:** It is the Owner's responsibility to perform proper care and maintenance of the Motorhome and to assure correct load distribution. For details regarding this, please see your owner's manuals. Please review all manuals and contact your selling dealership, Jayco or supplier of the component part if you have questions.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS; YOU MAY HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE.

**JAYCO, INC.**
903 S. Main Street * P. O. Box 460 * Middlebury, IN 46540
Telephone: 800-517-9137

# EXHIBIT C

**Jim's Pacific Garages**
Work Order: 18647

2708 N Commercial Ave
Pasco, Washington  99301
Ph#  (509) 547-7770
Fax#  (509) 547-7946

| Customer Information | |
|---|---|
| Company:    BROADMOOR RV | |

| Vehicle Information | |
|---|---|
| Make: | FORD |
| Model: | RV |
| Configuration: | SINGLE REAR AXLE PS. |
| Year: | 2018 |
| Vin/Serial #: | 1F66F5DY7J0A07618 |
| License: | BKX2396 |

| Alignment Comments |
|---|
| ADJUSTED TOE |

## Front End Alignment Results

| Front Toe | Initial | Final | Specification Range | |
|---|---|---|---|---|
| Left | +3/32" | 0" | 0" | +1/32" |
| Right | +1/32" | +1/32" | 0" | +1/32" |
| Total | +1/8" | +1/32" | 0" | +1/32" |

| Front Camber | Initial | Final | Specification Range | |
|---|---|---|---|---|
| Left | +1/2° | +1/2° | 0° | +1/2° |
| Right | -1/8° | 0° | -3/8° | +1/8° |

| Caster | Initial | Final | Specification Range | |
|---|---|---|---|---|
| Left | +6 1/4° | +6 1/4° | +2° | +4° |
| Right | +6 5/8° | +6 5/8° | +2° | +4° |

Alignment Performed Using BEE LINE EQUIPMENT       Monday, January 28, 2019

**Jim's Pacific Garages**
Work Order: 18313
2708 N Commercial Ave
Pasco, Washington 99301
Ph# (509) 547-7770
Fax# (509) 547-7946

| Customer Information | |
|---|---|
| Company: | BROADMOOR RV |

| Vehicle Information | |
|---|---|
| Make: | FORD |
| Model: | RV MOTORHOME F53 |
| Configuration: | SINGLE REAR AXLE PS. |
| Year: | 2018 |
| Vin/Serial #: | 1F66F5DY7J0A07618 |
| License: | BKX2396 |
| Mileage: | 3356 |

| Alignment Comments |
|---|
| ADJUSTED TOE AND CENTERING STEERING WHEEL |

## Front End - Tandem Alignment Results

| Front Toe | Initial | Final | Specification Range | |
|---|---|---|---|---|
| Left | -1/32" | 0" | 0" | +1/32" |
| Right | -1/16" | +1/32" | 0" | +1/32" |
| Total | -3/32" | +1/32" | 0" | +1/32" |

| Front Camber | Initial | Final | Specification Range | |
|---|---|---|---|---|
| Left | +3/4° | +3/8° | 0° | +1/2° |
| Right | +1/4° | -1/8° | -3/8° | +1/8° |

| Caster | Initial | Final | Specification Range | |
|---|---|---|---|---|
| Left | +6 1/2° | +6 1/2° | +2° | +4° |
| Right | +6 3/4° | +6 3/4° | +2° | +4° |

| Axle Tracking Alignment - Truck/Bus | | | | |
|---|---|---|---|---|
| Measurement | Initial | | Final | |
| Axle Error | Adj Required | Error at Axle End | Adj Required | Error at Axle End |
| Axle #1 | +1/16" | +1/8" | +1/16" | +1/8" |



Alignment Performed Using BEE LINE EQUIPMENT        Wednesday, January 02, 2019



**RV Center, Inc**
**16625 MERIDIAN E**
**PUYALLUP WA USA 98375**
Phone #:(253) 848-2821
Fax #: (253) 235-3612

Invoice Number: 2302107
Tag Number: 1282
Date and Time In: 3/26/2019 - 8:12 AM
Date and Time Out: 4/15/2019 - 3:17 PM
Promised Date - Time: 3/26/2019 - 8:01 AM
Cashed Out Date: 4/15/2019 - 3:17 PM
Date Appointment Initiated: 3/21/2019
Service Advisor: (219) WANDA HOLT

REPRINT

BRUCE WETTLAND
31708 SE 272ND
Ravensdale WA 98051

1048803    Cell: (253) 350-8779

Veh Info: 18 JAYCO PRECETT 31' MA
Serial Numbers: 1F66F5DY7J0A07618          JFMXZVOCV2AB
In-Srv:          Miles/Hrs In: 3663  Out: 0  Plate #:

| Repair | VIN | Requested Repair Description | Mech # | Type | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|
| 1 | J0A07618 ZVOCV2A B | HOT WATER TANK INOP - TANKLESS CAUSE: The water heater was throwing a code saying not getting enough fuel. After tracing the gas lines going to the water heater I found a couple Kinks gas lines underneath the refrigerator. All the lines are twisted up causing them to kink in the slide out runs all the way open. There no way to access these gas lines without removing the refrigerator. Estimated time to remove refrigerator and unkink the gas lines 5 hours | 211 | Warranty | INC | INC | INC |
| 2 | J0A07618 ZVOCV2A B | HEAT PUMP WONT WORK ON GAS CAUSE: For starters heat pumps are all electric and do not run off gas. There are two thermostats the motorhome One controls the bedroom heat pump and AC. The other thermostat controls the front AC and heat pump and also controls the gas furnace. Even though the rear thermostat gives you the option of gas heat it does not work unless there was a second furnace in the motorhome. CORRECTION: Tested both thermostats on all available options and had no issues | 211 | Warranty | INC | INC | INC |

| Repair | Part # | Description | Qty | Retail Price | Savings | Selling Price | Extended Discount | Extended Price |
|---|---|---|---|---|---|---|---|---|

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (219) WANDA HOLT
Cash Out Date: 4/15/2019
Cash Drawer:   PUYWARR

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| Amount Due: | $0.00 |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

REPRINT



**Clear Creek RV Center, Inc.**
**16625 MERIDIAN E**
**PUYALLUP WA USA 98375**
Phone #:(253) 848-2821
Fax #: (253) 235-3612

Invoice Number: 2302707
Tag Number: 1282
Date and Time In: 3/26/2019 - 8:12 AM
Date and Time Out: 4/15/2019 - 3:17 PM
Promised Date - Time: 3/26/2019 - 8:01 AM
Cashed Out Date: 4/15/2019 - 3:17 PM
Date Appointment Initiated: 3/21/2019
Service Advisor: (219) WANDA HOLT

BRUCE WETTLAND
31708 SE 272ND
Ravensdale WA 98051

1048803   Cell: (253) 350-8779

Veh Info: 18 JAYCO PRECETT 31' MA
Serial Numbers: 1F66F5DY7J0A07618      JFMXZVOCV2AB
In-Srv:         Miles/Hrs In: 3663   Out: 0   Plate #:

_____ I hereby authorize Clear Creek RV Center to perform repairs listed above along with necessary materials and. I hereby grant authorized Clear Creek RV Center employees permission to operate the vehicle herein described on street, highways and elsewhere for the purpose of inspection, testing and pick-up and/or delivery to you. An expressed MECHANIC'S LIEN is hereby acknowledged on the above vehicle to secure the amount of the repairs thereto. Clear Creek RV Center is not responsible for lost or stolen items from vehicle. Clear Creek RV Center is not responsible for damage to vehicle or articles in vehicle beyond our control. _____ Completed vehicles must be picked up from Clear Creek RV Center within (3) days of notification of completed repairs. After (3) days, vehicles will be charged $25.00 per day storage fee._____ Clear Creek RV Center is not responsible for winterizing vehicles while on the lot for either storing or repair purposes._____ Clear Creek RV Center is not responsible for plugging in vehicle and/or charging batteries on vehicle while in for service.

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
Cashed Out By: (219) WANDA HOLT
Cash Out Date: 4/15/2019
Cash Drawer: PUYWARR

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Printed On : 4/18/2019   10:21:37 AM

85272 WET



**Way Scarff Ford**
AUBURN
CARS, PICK-UPS, SUVs, & MEDIUM DUTY TRUCKS
"SINCE 1922"

501 Auburn Way N / PO Box 1106
Auburn Washington, 98071-1106
(253) 833-1500
1-800-289-5394
www.scarffmotors.com

| BRUCE WETTLAND | VEHICLE ID | | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| PO BOX 1077 | **1F66F5DY7J0A07618** | | | 3716 | 3716 | 04/19/19 13:21 | 05/01/19 | **85272** |
| RAVENSDALE, WA 98051 | VEHICLE DESCRIPTION | | | | | | TAG NO. | STATUS |
| | 2018 FORD SUPER DUTY | | | | | | 05549 | **COMPLETE** |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| 049000 | BXX2396 | | 09/07/17 | 06/30/18 | | | No Charge |

| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | RO COMMENT |
|---|---|---|---|---|---|
| | | (253) 350-8779 | | RUSSELL BRENTLINGER (112 | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| **A** | | | A02 | | Internal | |
| Concern | CUSTOMER STATES VEHICLE PULLS TO THE RIGHT, MORE OFTEN AFTER BUMP HIT, STEERING WHEEL OFF TO THE RIGHT, APPEARS TO HAVE TIRE WEAR RELATING TO ALIGNMENT. CUSTOMER STATES IT HAS BEEN ALIGNED ELSEWHERE, BUT HASN'T CORRECTED ELSEWHERE. | | | | | |
| Cause | GOODWILL PER KK | | | | | |
| Correction | a02 test drove, vehicle pulls right. tires are starting to feather from toe out of spec. uneven tread pattern may be due to over inflation of tires & alignment. camber is out of spec. unable to adjust, frame has been cut and spliced. recommend having frame shop inspect & advise | | | | | |
| | Tech A15: Installed all 4 hub caps on the vehicle. | | | | | |

| **B** + | | | A02 | | Internal | |
|---|---|---|---|---|---|---|
| Concern | ADJUST WHEEL BEARINGS | | | | | |
| Correction | a02 adjusted wheel bearings, time on alignment line | | | | | |

| Part Number | Description | Qty. |
|---|---|---|
| XC3Z 1153 AA | GASKET | 1 |
| A,40933 | COTTER PIN | 1 |

Warranty Claim Type: F    Authorization Code:    Service Cont No:

| | Totals | |
|---|---|---|
| | | **Amount** |
| Total Amount Due | | **$0.00** |
| TOTAL CUSTOMER | | **No Charge** |

  **FREIGHTLINER**
**of HAWAII**

GORDON TRUCK CENTERS DEALER FAMILY

| Invoice |
|---|
| SR301029165 |
| **Invoice Date** |
| |
| **P.O. Number** |
| |

### FREIGHTLINER NORTHWEST PACIFIC
(253) 863-7393

### SERVICE REPAIR ORDER

| | | | |
|---|---|---|---|
| *Bill-To Customer* | 300102 | *Owner* | 300102 |
| BRUCE WETTLAND | | CASH SALES - BODY SHOP | |
| , WA  98047 | | , WA 98047 | |

| | | |
|---|---|---|
| *Contact Name:* BRUCE WETTLAND | *VIN:* **1F66F5DY7J0A07618** | *Fleet ID:* |
| *Contact Number:* (253) 350-8779 | *Year:* 2018 | *Unit ID:* 300741 |
| *Pinnacle Number:* | *Make:* FORD | |
| *Claim Number:* | *Model:* F53 | |

| Date In | Date In Service | Mileage | Date Out | Bill Type | Terms | Writer | Reviewer |
|---|---|---|---|---|---|---|---|
| 05/10/2019 | 12/31/9999 | 3,771 | 05/10/2019 | BSR | CASH | 3248 | |

### Sold Operations

| Job #: 1 | Job Code: MISC | Job Description: MISC REPAIRS |
|---|---|---|

**Condition:**       SET UP AND MEASURE FRAME, ALIGN RV AND STRAIGHTEN STEERING WHEEL...  VEHICLE WAS BROUGHT TO US DUE TO A PULL TO THE RIGHT SIDE.

**Cause:**

**Correction:**       Scarff Ford originally did an alignment in this coach and there was still a pull to the right as well as the steering wheel was not straight.  The alignment showed that everything was good and the coach should be driving straight.  The coach was inspected and the front portion of the frames welds were questionable and didn't look consistant from one side to the other. Scarff sent owner to us to verify the frame being straight and check for the pull.

We set up and measured the frame and even though we agree the front sections frame fabrication to be sub par, the frame is straight and would not be a cause of the coaches pull.  There is tire wear on the tires but only 3700 miles on the coach. Contacted the owner and asked if we could just verify the alignment and that the 2 alignment sheets matched Scarffs and ours. Verified the alignment sheets were both in the green but in order to straighten the splined steering the axle had to be adjusted to a lower/tighter setting. The tech took the coach for a few test drives and feels the coach drives straighter but does feel like it "floats".  We don't have enough experience in tires to know if the rating is high enough for the weight of the coach or if that is how it is supposed to be.  But there is clear wear on these tires for such a low amount of miles.

| Product / Description | Qty Ordered | Qty B/O | Qty Shipped | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| LABOR TO PERFORM REPAIRS | | | | | 752.60 |
| BSS          BODY SHOP SUPPLIES | 1.00 | 0.00 | 1.00 | 71.50 | 71.50 |

| | | | | | |
|---|---|---|---|---|---|
| | *Total Labor:* 752.60 | *Total Parts:* 71.50 | | *Job Total:* 824.10 | |

| | | |
|---|---|---|
| Misc. Charges** | | 71.50 |
| Merchandise Amt. | | |
| Parts: | | 0.00 |
| Labor: | | 752.60 |
| Sublet: | | 0.00 |
| Misc Supplies* | | 0.00 |
| Taxes: | | 81.59 |
| Total: | | 905.69 |

E-mail invoicing now available!

AccountsReceivable@freightlinernw.com to enroll

EXCLUSION OF WARRANTIES:
Any warranties on the parts and accessories sold hereby are made by the manufacturer. The undersigned purchaser understands and agrees that GORDON TRUCK CENTERS INC makes no warranties of any kind, express or implied, and disclaims all warranties including warranties of merchantability or fitness for a particular purpose, with regard to the parts and/or accessories purchased; and that in no event shall GORDON TRUCK CENTERS INC be liable for incidental or consequential damages or commercial losses arising out of such purchase. By purchasing goods and/or services from Seller, purchaser agrees to be bound by the full Terms and Conditions set forth on Seller's website, www.freightlinernorthwest.com/terms. Any limitation contained herein does not apply where prohibited by law.

TERMS: NET 10TH. Your account is due on the 10th day of the month following the date of purchase.  A late charge will be added to any past due account. All cores must be returned within 60 days with invoice copy for full credit return. Preserve this invoice; no goods accepted for credit without this order and our consent. A 15% handling charge will be made on all returned goods unless returned for reason of defect or error on Seller's part.

**Please Remit Payment to:**

**277 STEWART ROAD SW
PACIFIC, WA 98047**

Customer Signature:

Invoice: SR301029165       05/17/2019 10:13:55

# Freightliner Northwest Body Shop
## Pacific, WA

**Work Order:** R093431
**License:** BKX2396
**Year:** 18
**Technician:** 3085
**Odometer:** 3772
**Last 6 of VIN:** 1F66F5DY7J0A07618
**Date:** 5/16/19 2:27 PM

### FORD "F-53 MH, F-59" : 16K-22K lb. GVWR
### Total Alignment, 6 sensors

#### Front Axle 1 : Left

| | Actual | Before | Specified Range |
|---|---|---|---|
| Camber | -0.3° | -0.3° | 0.3° 1.8° |
| Caster | 6.3° | 6.3° | 3.9° 5.4° |
| Toe | -0.01° | -0.01° | -0.12° 0.18° |
| SAI | | | |
| Included Angle | | | |
| Turning Angle Diff. | | | |

#### Front Axle 1 : Right

| | Actual | Before | Specified Range |
|---|---|---|---|
| Camber | 0.5° | 0.5° | 0.3° 1.8° |
| Caster | 6.6° | 6.6° | 3.9° 5.4° |
| Toe | 0.02° | -0.01° | -0.12° 0.18° |
| SAI | | | |
| Included Angle | | | |
| Turning Angle Diff. | | | |

#### Front Axle 1

| | Actual | Before | Specified Range |
|---|---|---|---|
| Cross Camber | -0.9° | -0.9° | -0.5° 0.5° |
| Cross Caster | -0.3° | -0.3° | -0.5° 0.5° |
| Cross SAI | | | |
| Total Toe | 0.01° | -0.02° | -0.24° 0.36° |
| Cross Turn Diff. | | | |
| Set Back | 0.09° | | |

#### Rear Axle 1 : Left

| | Actual | Before | Specified Range |
|---|---|---|---|
| Camber | -0.4° | -0.4° | |
| Toe | 0.06° | 0.05° | |

#### Rear Axle 1 : Right

| | Actual | Before | Specified Range |
|---|---|---|---|
| Camber | -0.3° | -0.3° | |
| Toe | -0.15° | -0.17° | |

#### Rear Axle 1

| | Actual | Before | Specified Range |
|---|---|---|---|
| Cross Camber | -0.1° | -0.1° | |
| Total Toe | -0.09° | -0.12° | |
| Thrust Angle | 0.11° | 0.11° | -0.50° 0.50° |

**Broadmoor RV Superstore Inc**
P.O. Box 2384
Pasco  WA  USA  99302
Phone #:(509) 545-4776
Fax #: (509) 545-5083

Invoice Number: 99950

Tag Number: 5300
Date and Time In: 11/20/2018 - 12:16 PM
Date and Time Out: 10/31/2018 - 12:33 PM
Promised Date - Time: 1/19/2019 - 12:33 PM
Cashed Out Date:
Date Appointment Initiated: 10/31/2018
Service Advisor: (0328) Shelbi Everett

BRUCE WETTLAND
31722 SE KENT KANGLEY RD
RAVENSDALE  WA  98051

279261   Home: (253) 350-8779  Cell: (253) 350-8779
2533508779@vtext.com

Veh Info: 170080J   18 Precept 29V  MH  Chateau
Serial Numbers: 1F66F5DY7J0A07618          8J1UV0084
In-Srv: 6/30/2018   Miles/Hrs In: 3345   Out: 3345   Plate #:

| Repair | Hrs | VIN | Mech # | Type | Labor | Discount | Total |
|--------|-----|-----|--------|------|-------|----------|-------|
| | | | | Requested Repair Description | | | |
| 1 | 0.00 | J0A07618 | 0994 | Retail | $0.00 | $0.00 | $0.00 |

*  Repair Order Status Required   *
CAUSE: NOTE: Check unit for ******* OPEN RECALLS ******* then create a Warranty repair line if needed.
CORRECTION: NOTE: Status line only, no order placement or billing charges apply to this line.

| 2 | 1.00 | J0A07618 | 0356 | Retail | $129.00 | $0.00 | $129.00 |

* Customer States Perform Winterize Service at 1 hour
CAUSE: $129.00 + parts & tax.   An additional $10.00 each ( washer/dryer hook-up, ice maker etc. ) for appliances.
CORRECTION: Completed per service menu.  Engine anti-freeze at -41 degrees f.

| 3 | 0.00 | J0A07618 | 0397 | Retail | INC | INC | INC |

Customer states front end is wobbling when driving / pulls to the right/ steering wheel not centered after alignment and tires balanced
CORRECTION: COMPLETED

| 4 | 0.18 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states molding above kitchen sink is falling off
CAUSE: Staples giving away
CORRECTION: Staple back in place.

| 5 | 0.37 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states hallway wall panel outside bathroom is bulging out
CAUSE: Staples gave away.
CORRECTION: Staple back in place.

| 6 | 0.00 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states slide will not go out all the way/ molding looks like its going to break/ wires are bulging out underneath
CAUSE: Boards by drawers off ,board under refer bowed way out.
CORRECTION: Resecured board under drawers . Pull board under refer LP lines kinked and when is out all other lines pushing to inside.  Hoses were received 1/23/19.  cut new styles and install.  3/4/19---In process

| 7 | 0.52 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states screws coming out all over the dash
CAUSE: Screws broken off
CORRECTION: Paint screws and replace broken ones.

| 8 | 0.20 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states door threshold screws are busted & gap
CAUSE: Screw head snapped off and gap at frame meets threshold.
CORRECTION: Pull threshold pull screw reinstall ,seal gap.

CUSTOMER COPY

CUSTOMER COPY

Broadmoor RV Superstore Inc
P.O. Box 2384
Pasco  WA  USA 99302
Phone #:(509) 545-4776
Fax #: (509) 545-5083

**Invoice Number:** 299330
**Tag Number:** 5300
**Date and Time In:** 11/20/2018 - 12:16 PM
**Date and Time Out:** 10/31/2018 - 12:33 PM
**Promised Date - Time:** 1/19/2019 - 12:33 PM
**Cashed Out Date:**
**Date Appointment Initiated:** 10/31/2018
**Service Advisor:** (0328) Shelbi Everett

BRUCE WETTLAND                    279261
31722 SE KENT KANGLEY RD
RAVENSDALE  WA  98051

Home: (253) 350-8779  Cell: (253) 350-8779
2533508779@vtext.com
**Veh Info:** 170080J  18 Precept 29V  MH  Chateau
**Serial Numbers:** 1F66F5DY7J0A07618      8J1UV0084
**In-Srv:** 6/30/2018   **Miles/Hrs In:** 3345   Out: 3345  Plate #:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | 0.08 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states plug-in outlet behind sofa is loose
CAUSE: Screws pull out of paneling.
CORRECTION: Put wall anchors in and resecure. Plug chairs back in .

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | 0.58 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states awning has to be forced to shut
CAUSE: Inner arm hitting outer piece of arm ,not lined up properly.
CORRECTION: Move arm over1/4 at top ,also stretch out fabric.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | 0.28 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states lock tumbler for shore cord door inop
CORRECTION: Put tumbler back with master key make sure it stayed in place using customer key.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | 0.10 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states shore cord inlet not big enough for the cord
CAUSE: Cord hatch to small for 50 amp cord to fit Thur.
CORRECTION: Pull old cord hatch and replace with new.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | 0.25 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states exterior fridge trim to hold it together fell apart/ pieces are in the drawer
CAUSE: Bracket and flush wall that supports refer.
CORRECTION: Pull refer put bracket in place, put back refer and level.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | 0.03 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states tsb #18-010
CAUSE: Recall.
CORRECTION: Remove sticker, also took pics.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | 0.00 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Customer states d/s seat is not centered
CORRECTION: 1/31/19---In process.  3/4/19---In process

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 0.18 | J0A07618 | 0397 | Warranty | INC | INC | INC |

TSB 18-003
CAUSE: Make out order slip for 7" fiberglass sleeve
CORRECTION: Recall check out no melting of wires and tied up away.  Installed fiberglass sleeve .

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | 0.00 | J0A07618 | 0397 | Warranty | INC | INC | INC |

TSB 18-001
CAUSE: Turn in order
CORRECTION: 1/31/19---Currently no eta for re order.  3/4/19---276367B.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | 0.13 | J0A07618 | 0397 | Warranty | INC | INC | INC |

Recall 18v-297 Wiper recall
CAUSE: Turn in order./ part here
CORRECTION: Do recall as per work sheet.

| Repair | Part # | Description | | Qty | Selling Price | Extended Discount | Extended Price |
|---|---|---|---|---|---|---|---|

*Printed On : 3/8/2019   12:02:00 PM*            *Repair added after the customer copy printed.Oil &*        *Page 2 of 3*
                                                 *Grease included in Other Charges.*

**P.O. Box 2384**
**Pasco  WA  USA  99302**
**Phone #:(509) 545-4776**
**Fax #: (509) 545-5083**

**Invoice Number:** 299950
**Tag Number:** 5300
**Date and Time In:** 11/20/2018 - 12:16 PM
**Date and Time Out:** 10/31/2018 - 12:33 PM
**Promised Date - Time:** 1/19/2019 - 12:33 PM
**Cashed Out Date:**
**Date Appointment Initiated:** 10/31/2018
**Service Advisor:** (0328) Shelbi Everett

BRUCE WETTLAND               279261    Home: (253) 350-8779   Cell: (253) 350-8779
31722 SE KENT KANGLEY RD                  2533508779@vtext.com
RAVENSDALE  WA   98051

**Veh Info:** 170080J   18 Precept 29V  MH  Chateau
**Serial Numbers:** 1F66F5DY7J0A07618          8J1UV0084
**In-Srv:** 6/30/2018      **Miles/Hrs In:** 3345    **Out:** 3345   **Plate #:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | 02 | SHOP/ENVIROMENTAL FEE | 1.00 | $5.95 | $0.00 | $5.95 |
| 2 | 13-1640 | RV ANTIFREEZE -50, 1 GALLON | 2.00 | $5.50 | $0.00 | $11.00 |
| 3 | Sublet | alignment for front | 1.00 | | | INC |
| 6 | X-0254 | Tan plastic screw cover cap | 1.00 | | | INC |
| 6 | 0329916 | HOSE,LP .38IDX264.00 .25MPT/ | 1.00 | | | INC |
| 6 | 0329917 | HOSE,LP .38IDX276.00 .25MPT | 1.00 | | | INC |
| 6 | 0329918 | HOSE,LP .311DX252.00 .25MPT | 1.00 | | | INC |
| 6 | 0301002 | STILE,HDELM 18MMX3.00X8 | 4.00 | | | INC |
| 6 | FR | FREIGHT | 1.00 | | | INC |
| 6 | FR | FREIGHT-0301002 | 1.00 | | | INC |
| 12 | 0240510 | DOOR,HATCH POWER CORD BLACK | 1.00 | | | INC |
| 12 | FR | FREIGHT | 1.00 | | | INC |
| 16 | 18-003JT | SLEEVE,DOMETIC FIBERGLASS | 1.00 | | | INC |
| 18 | 18v-297-298 | Wiper Relay Harness | 1.00 | | | INC |

PLEASE READ CAREFULLY, CHECK ONE OF THE
STATEMENTS BELOW, AND SIGN:  I UNDERSTAND THAT
UNDER STATE LAW, I AM ENTITLED TO A WRITTEN
ESTIMATE, IF MY FINAL BILL WILL EXCEED $100.00
_____I REQUEST A WRITTEN ESTIMATE._____ I DO
NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE
REPAIR COSTS DOES NOT EXCEED $_____ . THE
SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY
WRITTEN OR ORAL APPROVAL._____ I DO NOT
REQUEST A WRITTEN ESTIMATE.

| | | | | |
|---|---|---|---|---|
| Parts Total: | $11.00 | | Ext Price: | $147.41 |
| Core Total: | $0.00 | | Sales Tax: | $12.68 |
| Freight Total: | $0.00 | | Total: | $160.09 |
| Sublet Total: | $0.00 | | - Deductible: | $0.00 |
| Labor Total: | $129.00 | | - Deposits: | $160.09 |
| - Labor Discount: | $0.00 | | Amount Due: | $0.00 |
| Other Charges: | $5.95 | | Amt Tendered: | $0.00 |
| Shop Supplies: | $1.46 | | Chg Returned: | $0.00 |
| Sub Total: | $147.41 | | | |
| - Parts Discount: | $0.00 | | | |

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I hereby authorize the repair work to be done along with necessary materials.  You and your employees may operate above vehicle for purposes of looking, inspection or delivery at my risk.  An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs hereto.  You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control.Signed:_____



| | 22101 84th Ave S | **Store:** 404 |
|---|---|---|
| | Kent, WA 98032 | **Invoice:** 40400237838 |
| | 253-872-8006 | **Salesperson:** Karla M B |

**Work Order**   40400237827

## Customer Information

| | |
|---|---|
| **Customer ID:** | 398-21629 |
| **Name:** | BRUCE WETLAND |
| **Address:** | PO BOX 1077 |
| **City, State,** | RAVENSDALE, WA 98051 |
| **Phone:** | (253) 350-8779 |

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2018 JAYCO PRESET |
| **Color:** | |
| **Mileage:** | 2,321 |
| **License:** | BRUCEW |

**Comments:**   motorhome front end alignment

## Les Schwab Invoice

| Qty | Product Code | Product Description | Price/ea | FET | Amount |
|---|---|---|---|---|---|
| 1 | 13534 | MINIMUM SETUP/INSPECTION | $50.00 | $0.00 | $50.00 |

| | |
|---|---|
| Parts Subtotal: | $0.00 |
| Labor Subtotal: | $50.00 |
| Sales Tax: | $5.00 |
| Tire Tax: | $0.00 |

| **Invoice** | **$55.00** |
|---|---|

| **Payment Method:** | CREDIT Approval#  Card# XXXXXXXXXXXX1133 | **$55.00** |
|---|---|---|

**Notes To Review**
**With Customer:**   ALIGNMENT WITHIN SPECS, NO ADJUSTMENT MADE, CUSTOMER STATES STEERING
WHEEL OFF CENTER, NOT ADJUSTABLE

### THANK YOU FOR YOUR BUSINESS

**Authorized By:**

BRUCE WETLAND  (253) 350-8779  07-06-18 08:53 AM   $170.50
BRUCE WETLAND  (253) 350-8779  07-06-18 09:48 AM   $55.00

ASSIGNMENT OF WARRANTIES - LIMITATION OF REMEDIES. SELLER ASSIGNS TO PURCHASER ALL RIGHTS AND REMEDIES UNDER
MANUFACTURER EXPRESS AND IMPLIED WARRANTIES BUT OTHERWISE EXCLUDES ALL LIABILITY FOR WARRANTY DAMAGES. INCIDENTAL
AND CONSEQUENTIAL DAMAGES OF ANY TYPE WHATSOEVER EXCLUDED TO EXTENT LAW ALLOWS. ALL CLAIMS AND RETURNED GOODS
MUST BE ACCOMPANIED BY THIS INVOICE.

**Customer Signature X**



* indicates promotional price
For more information on our products and services, visit www.LesSchwab.com.
All parts new unless specified.

Invoice Date/Time: 07-06-2018 09:55 AM                    Page 1 of 1

 **LES SCHWAB**

27215 Black Diamond Rd
Maple Valley, WA 98038
425-413-8688

**Store:** 398
**Invoice:** 39800321643
**Salesperson:** Kirk T

**Work Order** 39800321635

## Customer Information

| | |
|---|---|
| **Customer ID:** | 398-21629 |
| **Name:** | BRUCE WETLAND |
| **Address:** | PO BOX 1077 |
| **City, State,** | RAVENSDALE, WA 98051 |
| **Phone:** | (253) 350-8779 |

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2018 JAYCO PRESET |
| **Color:** | |
| **Mileage:** | 2,343 |
| **License:** | BRUCEW |

**Comments:** FRONTS

## Les Schwab Invoice

| Qty | Product Code | Product Description | Price/ea | FET | Amount |
|---|---|---|---|---|---|
| 2 | 13737 | WHEEL SWITCH - PER WHEEL | $15.00 | $0.00 | $30.00 |

| | |
|---|---|
| Parts Subtotal: | $0.00 |
| Labor Subtotal: | $30.00 |
| Sales Tax: | $2.58 |
| Tire Tax: | $0.00 |

| **Invoice** | **$32.58** |
|---|---|

| **Payment Method:** | CREDIT Approval#   Card# XXXXXXXXXXXX1133 | **$32.58** |
|---|---|---|

**Wheel Position:** FRONTS

**Notes To Review
With Customer:** CROSS ROTATED FRONT TIRES  WAS CAUSING PULL

### THANK YOU FOR YOUR BUSINESS

**Authorized By:**

BRUCE WETLAND  (253) 350-8779  07-19-18 05:17 PM  $32.58

ASSIGNMENT OF WARRANTIES - LIMITATION OF REMEDIES. SELLER ASSIGNS TO PURCHASER ALL RIGHTS AND REMEDIES UNDER
MANUFACTURER EXPRESS AND IMPLIED WARRANTIES BUT OTHERWISE EXCLUDES ALL LIABILITY FOR WARRANTY DAMAGES. INCIDENTAL
AND CONSEQUENTIAL DAMAGES OF ANY TYPE WHATSOEVER EXCLUDED TO EXTENT LAW ALLOWS. ALL CLAIMS AND RETURNED GOODS
MUST BE ACCOMPANIED BY THIS INVOICE.

**Customer Signature X** 

* indicates promotional price
For more information on our products and services, visit www.LesSchwab.com.
All parts new unless specified.

Invoice Date/Time: 07-19-2018 05:46 PM

Page 1 of 1

# Way Scarff Ford Auburn

**501 Auburn Way N**
**Auburn, WA 98071**
**253-929-3059**

| | |
|---|---|
| **Work Order:** | 85272 |
| **Last Name:** | wetland |
| **First Name:** | bruse |
| **Year:** | 18 |
| **Technician:** | a02 |
| **Odometer:** | 3716 |
| **Last 8 of VIN:** | J0A07618 |
| **Date** | 4/24/19 2:48 PM |

## Heavy Duty Vehicles : Ford : F-53 Motorhome / F-59 Commercial Stripped Chassis : 2008-17 : 16,000-22,000 lb. GVWR
### Total Alignment, 4 sensors







- One or more values are not within specification. Tire wear, handling and safety problems may result.

align

# EXHIBIT D

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
3323 NE 163rd Street, Suite 504
North Miami Beach, Florida 33160

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

May 22, 2020

Jayco, Inc., Customer Service
903 S Main Street
P.O. Box 460
Middlebury, IN 46540

Re: Bruce W Wettland
    Vehicle: 2018 Jayco Precept
    VIN: 1F66F5DY7J0A07618

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Bruce W Wettland relating to the purchase of the above-mentioned vehicle.  Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client in reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle.  If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Sara Douglass
Sara Douglass
Attorney for Plaintiff

CC: Broadmoor RV SuperStore, 9145 St Thomas Dr, Pasco, WA 99301