# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| BRUCE WETTLAND, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cv-00825-JD-MGG |
| JAYCO, INC., et al. | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff's, through his counsel, and the Defendants' through their counsel, that the above-captioned action, shall be dismissed, with prejudice, with each party to pay their own attorney's fees and costs in this action.

Respectfully submitted this __9th__ day of August 2022.

/s/Sara Douglas
Sara Douglas, Esq.,
LEMON LAW GROUP PARTNERS, PLC
48 N Emerson Ave Ste. 400
Greenwood, IN 46143
Phone: (888) 415-0610 Fax: (888) 809-7010
sarab@lemonlawgrouppartners.com
eservice@lemonlawgrouppartners.com
*Attorneys for Plaintiff*

/s/
Erin Bolden, Esq.
THOR INDUSTRIES, INC.
601 E. Beardsley Ave.,
Elkhart, IN 46514
Phone: (574) 849-7888
ebolden@thorindustries.com
*Attorneys for Defendant Jayco*

／s／    *Jeremiah J. Wood*
Jeremiah J. Wood, Esq.
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
jjwood@bakerlaw.com
*Attorneys for Defendant Ford Motor Company*